Ryan Lee, Esq. (SBN 235879)
Nick Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd. Ste. 170
Los Angeles, CA  90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| GEORGINE GANDY, | **Case No.:** |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| vs. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

## COMPLAINT

GEORGINE GANDY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).  According to the FDCPA, the United States Congress has found abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors, and has determined that abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the FDCPA to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively

- 1 -

disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.  *15 U.S.C. 1692(a) – (e).*

2. Plaintiff brings this action to challenge Defendant's actions with regard to attempts by Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by Plaintiff, and this conduct caused Plaintiff damages.

3. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

4. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy".

5. Because Defendant maintains a business office and conducts business in the State of California, personal jurisdiction is established.

6. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

7. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

8. Plaintiff is a natural person who resides in Galena Park, Harris County, Texas and is allegedly obligated to pay a debt and is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

9. Defendant is a national company with a business office in Rancho Cordova, Sacramento County, California.

10. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or

due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

## FACTUAL ALLEGATIONS

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt (see written messages attached hereto as Exhibit "A").

12. Defendant constantly and continuously places collection calls to Plaintiff at the number 713-672-4148.

13. Defendant is collecting on a debt Plaintiff does not owe.

14. Defendant constantly and continuously places collection calls to Plaintiff seeking information and payment from various individuals. Defendant has requested to talk to Alvin, Gavin, Clint, Moranda, Barbara Henderson, and others. Plaintiff is none of these individuals.

15. Plaintiff requested that the number be removed from the database and was assured by and agent of Defendant's that she had been "taken out of the database." However, the collection calls persist.

16. Defendant has threatened to file a lawsuit against Plaintiff and garnish Plaintiff's wages while seeking to collect on a debt not owed.

17. Defendant failed to provide Plaintiff with a 30 day validation.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff.

   b. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring and engaging Plaintiff in telephone conversations repeatedly and continuously with

- 3 -

the intent to annoy, abuse, and harass Plaintiff.

    c.  Defendant violated *§1692e* of the FDCPA by using false, deceptive and misleading representation and means in connection with the debt collection.

    d.  Defendant violated *§1692e(10)* of the FDCPA by using false representation and deceptive means to collect a debt or obtain information about a consumer.

    e.  Defendant violated *§1692f(1)* of the FDCPA by attempting to collect an amount not authorized by the agreement creating the debt or permitted by law.

19. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit "B").

    WHEREFORE, Plaintiff, GEORGINE GANDY, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

20. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

21. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

22. Actual damages,

23. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

24. Any other relief that this Honorable Court deems appropriate.

- 4 -

COMPLAINT

1

## **DEMAND FOR JURY TRIAL**

2      PLEASE TAKE NOTICE that Plaintiff, GEORGINE GANDY, demands a jury trial in

3  this cause of action.

4                              RESPECTFULLY SUBMITTED,

5  DATED:  February 12, 2009              KROHN & MOSS, LTD.

6

7                       By:     /s/Ryan Lee
                                Ryan Lee
8                               Attorney for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2  STATE OF TEXAS

3      Plaintiff, GEORGINE GANDY, states as follows:
   1.   I am the Plaintiff in this civil proceeding.
4  2.   I have read the above-entitled civil Complaint prepared by my attorneys and I believe
        that all of the facts contained in it are true, to the best of my knowledge, information
5       and belief formed after reasonable inquiry.
   3.   I believe that this civil Complaint is well grounded in fact and warranted by existing
6       law or by a good faith argument for the extension, modification or reversal of existing
        law.
7  4.   I believe that this civil Complaint is not interposed for any improper purpose, such as
        to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
8       needless increase in the cost of litigation to any Defendant(s), named in the
        Complaint.
9  5.   I have filed this Complaint in good faith and solely for the purposes set forth in it.
   6.   Each and every exhibit I have provided to my attorneys which has been attached to
10      this Complaint is a true and correct copy of the original.
   7.   Except for clearly indicated redactions made by my attorneys where appropriate, I
11      have not altered, changed, modified or fabricated these exhibits, except that some of
        the attached exhibits may contain some of my own handwritten notations.
12
13     Pursuant to 28 U.S.C. § 1746(2), I, GEORGINE GANDY, hereby declare (or certify,
   verify or state) under penalty of perjury that the foregoing is true and correct.

14  DATE: 1-13-2009          *Georgine "Barbara" Gandy*
15                           GEORGINE GANDY

- 6 -

COMPLAINT

# **EXHIBIT A**

COMPLAINT

**PHONE CALL**

FOR _____ DATE 11/30/08 TIME 12:19 A.M./P.M.

M Call - From Unknow Solitn

OF w/ Threats of Collection If Rec'd.

PHONE 702 - 520 - 1490

AREA CODE    NUMBER    EXTENSION

MESSAGE Private Saite S.

Mrss One (1) To Remove

From Calny List

Done - 11-13-08 - 12/20 Noon

SIGNED JBJandy

☐ PHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

TOPS   FORM 4003

---

**PHONE CALL**

FOR _____ DATE 12-1-08 TIME 2:10 A.M./P.M. APX

M CLINT MORANor

OF NCO - Credit

PHONE 866 372-8697

AREA CODE    NUMBER    EXTENSION

MESSAGE

Call = w/ - Threats =

Wage Assin mnt - Loan Gavan

Henderson & Ect, Thes Br.

SIGNED JBJandy

☐ PHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

TOPS   FORM 4003

---

**PHONE CALL**

FOR IVAN GAVAN DATE 12-15-08 TIME 2:55 A.M./P.M.

M

OF NCO

PHONE 620 - 665 - 6032

AREA CODE    NUMBER    EXTENSION

MESSAGE Credit = Threat.

SIGNED JBJandy

☐ PHONED
☐ RETURNED YOUR CALL
☐ PLEASE CALL
☐ WILL CALL AGAIN
☐ CAME TO SEE YOU
☐ WANTS TO SEE YOU

TOPS   FORM 4003

---

GEORGINE GANDY
      ORIGINAL RECORDS.



NCO

**PHONE CALL**

FOR _NCO_   DATE _12-16-08_ TIME _11:04_ ☐ A.M. ☐ P.M.

M _NCO - Debt Collects_

OF _COMPANY_

PHONE _UNKNOW II_
AREA CODE   NUMBER   EXTENSION

MESSAGE _620-665-6032_

ABOVE _Credit Threat_
_LEGAL out SOURCE._

| | |
|---|---|
| PHONED | |
| RETURNED YOUR CALL | |
| PLEASE CALL | |
| WILL CALL AGAIN | |
| CAME TO SEE YOU | |
| WANTS TO SEE YOU | |

SIGNED                    TOPS FORM 4003

_I SAID I BETTER_
_HAVE ALL_

**PHONE CALL**

FOR _MY FACTS_ DATE _BEFORE_ TIME _I_ ☐ A.M. ☐ P.M.

M _REPORT THEIR TACTICS_

OF _= YOU BETTER HAVE ALL_

PHONE _YOUR FACTS = II_
AREA CODE   NUMBER   EXTENSION

MESSAGE _I SAID I HAVE MY_
_FACTS HONEY & DON'T GE_
_NASTY with mE!_

| | |
|---|---|
| PHONED | |
| RETURNED YOUR CALL | |
| PLEASE CALL | |
| WILL CALL AGAIN | |
| CAME TO SEE YOU | |
| WANTS TO SEE YOU | |

SIGNED                    TOPS FORM 4003

_12-31-08- 1-866-372-9499_ **PHONE CALL**

FOR _11:16 AM UNKNOWN_ DATE _12-27-08_ TIME _12:12_ ☐ A.M. ☒ P.M.

M _NCO - Debt Collect._

OF _Threat -_

PHONE _UNKNOWN # Calls ID_
AREA CODE   NUMBER   EXTENSION

MESSAGE _I TRY TO PICK UP_
_But it IS A RECORDING._
_12-30-08 Time 9157_
_NCO- 866-372-8497_

| | |
|---|---|
| PHONED | |
| RETURNED YOUR CALL | |
| PLEASE CALL | |
| WILL CALL AGAIN | |
| CAME TO SEE YOU | |
| WANTS TO SEE YOU | |

SIGNED                    TOPS FORM 4003

GEORGINE. GANOY.
ORIGINAL RECORDS

**EXHIBIT A**



GANDY, GEORGE RECORDS
ORIGINAL RECORDS

- 7 -

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## **EXHIBIT B**

- 8 -

COMPLAINT

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

|    |                                                                  |     |     |
|----|------------------------------------------------------------------|-----|-----|
| 1. | Sleeplessness                                                    | YES | (NO) |
| 2. | Fear of answering the telephone                                  | (YES) | NO |
| 3. | Nervousness                                                      | (YES) | NO |
| 4. | Fear of answering the door                                       | YES | (NO) |
| 5. | Embarrassment when speaking with family or friends               | YES | (NO) |
| 6. | Depressions (sad, anxious, or "empty" moods)                     | (YES) | NO |
| 7. | Chest pains                                                      | YES | (NO) |
| 8. | Feelings of hopelessness, pessimism                              | (YES) | NO |
| 9. | Feelings of guilt, worthlessness, helplessness                   | (YES) | NO |
| 10.| Appetite and/or weight loss or overeating and weight gain        | (YES) | NO |
| 11.| Thoughts of death, suicide or suicide attempts                   | YES | (NO) |
| 12.| Restlessness or irritability                                     | (YES) | NO |
| 13.| Headache, nausea, chronic pain or fatigue                        | (YES) | NO |
| 14.| Negative impact on my job                                        | YES | (NO) |
| 15.| Negative impact on my relationships                              | YES | (NO) |

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _HELPLESSNESS TO STOP THE COLLECTION THREATS MADE BY PHONE FROM NCO. THREATS FOR THE NAMES OF PEOPLE I NEVER HEARD OF, MY PHONE # IS THE ONLY THING THEY HAD AND I HAVE ONLY HAD THIS NUMBER SINCE MAY 2008. THIS HAS CAUSED ME DAYS OF DEPRESSION WHEN THEY CALL._

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: _1-13-09_

_Georgine "Barbara" Gandy_
Signed Name

_GEORGINE "BARBARA" GANDY_
Printed Name