Ryan Lee, Esq. (SBN 235879)
Krohn & Moss, Ltd.
10635 Santa Monica Blvd, Suite 170
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
rlee@consumerlawcenter.com
Attorney for Plaintiff,

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA- SACRAMENTO DIVISION

| | |
|---|---|
| GEORGINE GANDY | Case No.: 2:09-cv-00431-JAM-KJM |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, GEORGINE GANDY, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 10, 2009                                KROHN & MOSS, LTD.


                                                    By: /s/ Ryan Lee

                                                    Ryan Lee

                                                    Attorney for Plaintiff,
                                                    Georgine Gandy